**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) | 21-00040-ELG |
| POTOMAC CONSTRUCTION ) | |
| BILTMORE LLC, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

**MOTION OF CHAPTER 7 TRUSTEE
FOR AUTHORITY TO OPERATE BUSINESS**

Bryan S. Ross, Chapter 7 Trustee (the "Trustee") in the above-captioned case, moves pursuant to Bankruptcy Code § 721 for authority to operate the Debtor's business for an initial period ending on July 31, 2021, and as reason therefor states:

**Background**

.

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on February 5, 2021.

2. The Trustee has been appointed as the Chapter 7 Trustee Debtor is a single asset real estate limited liability company organized under the laws of the District of Columbia with a principal place of business located in the District of Columbia.

3. The Debtor owns a 100 percent fee simple interest in 11 residential rental condominium units and two parking spots located at 1900 Biltmore Street, NW, Washington, DC 20009 (the "Property"). The Property is scheduled to have a value of $7 million.

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

4. The Trustee wishes to sell the Property through this chapter 7 case. Accordingly, Trustee has retained The Zupancic Group of Marcus & Millichap Real Estate Investment Services as realtors (collectively, "Realtors") for the estate in connection with a sale of the Property. The Trustee hopes to consummate a sale by July 31, 2021.

5. The Debtor is party to a lease with Zeus Living, Inc., a provider of corporate and student housing. Zeus is obligated to pay rent to the Debtor. The Office of the United States Trustee has suggested the Trustee obtain approval to operate the Debtor's business pursuant to 11 U.S.C. § 721.

6. The Property is insured.

## Authority and Need to Operate

7. 11 U.S.C. § 721 provides that "[t]he court may authorize the trustee to operate the business of the debtor for a limited period, if such operation is in the best interest of the estate and consistent with the orderly liquidation of the estate.

8. At this stage of this case the Trustee believes that if any value is to be received for the assets of the estate, such value will best be realized by a sale of the Property.

9. The Trustee desires to operate the business of the Debtor for a period of time in order to evaluate the merits of liquidating the Debtor.

10. The Trustee, subject to seeking further relief, desires to operate the business of the Debtor through July 31, 2021.

WHEREFORE, the Trustee moves for the entry of an Order substantially in the form attached hereto authorizing the operation of the Debtor's business through July 31, 2021 in accordance with 11 U.S.C. § 721, and for such other and further relief as is just and proper.

Dated: April 8, 2021                               Respectfully submitted

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

/s/ Justin P. Fasano
Justin P. Fasano