## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE: ) | 21-00040-ELG |
| POTOMAC CONSTRUCTION ) | |
| BILTMORE LLC, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO
### MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ANY AND ALL
### LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)
(1900 Biltmore Street NW Units 1-11 and Units P1-P2, Washington D.C., 20009)

PLEASE TAKE NOTICE that Bryan S. Ross ("Trustee"), the Chapter 7 Trustee of the bankruptcy estate of Potomac Construction Biltmore, LLC ("Debtor") has filed his *Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Motion"). In the Motion, the Trustee seeks authority to sell the Property to BREI, LLC free and clear of all liens, specifically including the liens of (i) SMS Financial Strategic Investments III, LLC; (2) Margaret Nedelkoff; (3) Eli Hoory; (4) the Shkor Family Trust; (5) Christian Waller; (6) CMX Construction Group, LLC; (7) the District of Columbia; and (8) the District of Columbia Water and Sewer Authority, with liens attaching to the proceeds of such sale in the same priority as they attached to the Property, except; that a portion of the lien of SMS Financial Strategic Investments III, LLC equal to (1) its pre-payment penalty in the amount of $103,533.21, (2) late charges (currently $12,964.01); (3) half of the default interest (approximately $75,000 assuming an August 31, 2021 closing); (4) its attorneys' fees; and (5) all amounts received or to be received by the bankruptcy estate from Zeus Living, Inc., the Debtor's former tenant, shall be carved out for the benefit of the Bankruptcy Estate, for payment of general administrative and unsecured claims. If you object to said sale, you must object to the Motion within the time stated below.

PURSUANT TO THE ATTACHED ORDER, PLEASE TAKE NOTICE THAT BY **July 17, 2021,** you must file and serve a written objection to the Motion, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. **IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.** The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial.

IF NO OBJECTIONS ARE FILED, THE BANKRUPTCY COURT MAY CONSIDER THE MOTION TO BE UNOPPOSED, AND THE SALE MAY PROCEED WITHOUT A HEARING AND WITHOUT FURTHER NOTICE TO YOU.  IF ANY OBJECTIONS ARE FILED BUT NOT PRESENTED AT THE TIME OF ANY HEARING ON THE TRUSTEE'S MOTION AND NOTICE, THE COURT MAY CONSIDER THE OBJECTIONS TO HAVE BEEN ABANDONED.

Please take notice that a hearing will be held on **July 21, 2021 at 10:00 a.m.** on the Motion via Zoom. Parties in interest with questions may contact the undersigned or the courtroom deputy at aimee_mathewes@dcb.uscourts.gov at for Zoom login instructions.

Dated:  July 1, 2021                    Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (Bar No. MD21201)
McNamee, Hosea, Jernigan, Kim,
Greenan & Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
Counsel to the Chapter 7 Trustee